IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:12CR273 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| GREGORY PATTON, | ) | |
| Defendant. | ) | |

This case is before the court on the defendant Gregory Patton's Motion to Review Detention (#28). The defendant moves the court for an order releasing him from custody based upon the quashing of a Minnesota warrant and a proposed third-party custodian. The motion is denied without hearing.

After reviewing the Pretrial Services Report (#7) and the August 31, 2012 Detention Order (#12), I find the defendant remains both a flight risk and a danger. The defendant is a thirty-year old male whose record includes a prior felony drug conviction in Utah (2003); a felony drug conviction in Minnesota (2009); and four failures to appear. Additionally, defendant's current charge is alleged to have occurred while the defendant was on felony probation (Minnesota-2009).

I find the defendant to be both a flight risk and a danger and that no single condition of release nor a combination of conditions will mitigate my concerns.

**IT IS ORDERED**, that defendant's Motion to Review Detention (#28) is denied without hearing.

Dated this 26th day of December 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge